```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 04970
   ALEXIS BERNAL
                                           CHAPTER 13

                                           JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-3495

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 03/20/07 .

    2.   The case was dismissed without confirmation, 08/23/2007.

    3.   The Debtor paid a total of $    1765.00 .


--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
GMAC MORTGAGE CORP         CURRENT MORTG          .00            .00           .00
GMAC MORTGAGE CORP         MORTGAGE ARRE   NOT FILED             .00           .00
OCWEN LOAN SVCG            SECURED               .00             .00           .00
OCWEN LOAN SVCG            MORTGAGE ARRE   NOT FILED             .00           .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED             .00           .00
MOTOROLA CREDIT UNION      UNSECURED       NOT FILED             .00           .00
NICOR GAS                  UNSECURED       NOT FILED             .00           .00
AMERICAN LENDING           UNSECURED       NOT FILED             .00           .00
       Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED     PRIORITY     UNSECURED     OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00           .00       .00          .00
PRINCIPAL PAID          .00          .00           .00       .00          .00
INTEREST PAID           .00          .00           .00       .00          .00
TOTAL PAID              .00          .00           .00       .00          .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $        .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $    1765.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 11/16/07              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                                        PAGE   2
      CASE NO. 07 B 04970 ALEXIS BERNAL
```